FILED

12/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0539

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0539

_____

BRIAN TACKETT,

Plaintiff and Appellant,

v.

ORDER

KATRINA FELLER, COCKRELL,
GOICOCHEA AND JOHNSON,

Defendants and Appellees.

_____

The record was filed for purposes of this appeal on October 19, 2023. Nothing further has been filed, and the opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than January 8, 2024. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to Appellant Brian Tackett and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 7 2023